IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–02215–RBJ–KMT

BRIAN EDMOND BATH,

    Plaintiff,

v.

VITAL RECOVERY SERVICES, INC., and
JOHN AND JANE DOES 1-100,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Memorandum in Support of Motion for Leave to File Amended Pleading" (Doc. No. 11, filed November 2, 2012) is **DENIED** without prejudice. To the extent Plaintiff wishes to amend his complaint, he must file a motion pursuant to Fed. R. Civ. P. 15(a)(2) *and* attach the proposed amended complaint to the motion. The proposed amended complaint must stand alone, it must contain all of Plaintiff's claims. Here, Plaintiff does not attach a proposed amended complaint to his motion. As a result, it is impossible for the court to determine if the proposed amendments are permissible.

Dated: November 15, 2012